AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**
MAY 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Carrie Wilkins, as next friend of minor child, D.W.   District of   COLUMBIA

Plaintiff

V.

Defendant - Government of District of columbia

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

Leave to file without Prepayment of Cost **GRANTED**

CASE NUMBER: 07-0808-JDB

[signature]
4/30/07

I, Carrie Wilkins , declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No   I have to stay home to care for my disabled child.

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   September 2003, $6.00 per hour, Barnanby Liquors, St. Barnabas Rd, Suitland, Maryland.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☒ Yes    ☐ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☒ Yes    ☐ No

**RECEIVED**
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

Social security for my disabled son: $18,000.00 of backpayments owed started in 2004 and ended February 2007. Monthly social security for my disabled son is $620 per month. TANF is $320 per month. My husband works as a maintenance man and receives $9.40 per hour. If he works 40 hours per week all year with no time off, the gross income is approximately $18,000.00 per year. My family receives food stamps + Medicaid.

4. Do you have **any** cash or checking or savings accounts?     ☐ Yes     ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I have seven dependents. J.W., D.W., W.W., S.W., E.W., and S.W. are my children. I also care for my granddaughter N.W. It costs approximately $1000.00 per month to support them with food, clothes, electricity etc. I do not contribute any cash, but my husband contributes to pay the bills that the government assistance does not pay/cover.

I declare under penalty of perjury that the above information is true and correct.

4/19/07
Date

Carrie Wilkins
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.