UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carrie Wilkins, )<br>as next friend of the minor child, )<br>D.W., *et al.* )<br>     )<br>     Plaintiffs, )<br>v.     )<br>     )<br>GOVERNMENT OF THE )<br>DISTRICT OF COLUMBIA )<br>     )<br>     Defendant. )<br>_____ ) | Civil Action No. 07-808 (JDB) |

**PRAECIPE**

To the Clerk of the Court:

Please withdraw the appearance of William E. Houston, Esq. in this matter and enter notice of appearance for Paul S. Dalton, Esq., appearing on behalf of the Plaintiff.

Date:   August 13, 2007

Respectfully submitted,
_____/s/_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)
***Attorney for Plaintiff***