UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carrie Wilkins, as next friend of the minor child, D.W., *et al.*<br><br>    Plaintiffs,<br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA<br><br>    Defendant. | Civil Action No. 07-808 (JDB) |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 13th day of August 2007, that I am the attorney of record for the plaintiffs in the above-entitled case; that the defendant is the Government of the District of Columbia; that on May 3, 2007 the Court granted the plaintiffs' Motion for Leave to Proceed *in forma pauperis* and pursuant to Fed. R. Civ. P. 4(c)(2), service was to be effected by a U.S. Marshall.

I further certify under penalty of perjury that no appearance has been entered by said defendants, no pleading has been filed and none served upon the attorney for the plaintiff; no timely request for an extension of time has been filed with this Court and the time for filing has expired; that the defendants are neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

Date:   August 13, 2007

                                                        Respectfully submitted,
                                                             /s/
                                                    _____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)
***Attorney for Plaintiff***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carrie Wilkins, )<br>as next friend of the minor child, )<br>D.W., *et al.* )<br>      )<br>     Plaintiffs, )<br>v.     ) <br>      )<br>GOVERNMENT OF THE )<br>DISTRICT OF COLUMBIA )<br>      )<br>     Defendant. )<br>_____ ) | Civil Action No. 07-808 (JDB) |

# DEFAULT

It appearing that the above-named defendant, the District of Columbia, has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint by a U.S. Marshall on the ____ day of _____ 2007, it is this _____ day of _____, 2007 declared that because the defendant has not filed an answer or any other pleading in this case and has not timely requested an extension of time, the defendant, the District of Columbia, herein is in default.

Nancy M. Mayer-Whittington, Clerk

By _____
    Deputy Clerk