UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carrie Wilkins,<br>as next friend of the minor child,<br>D.W., *et al.*<br><br>　　　　　Plaintiffs,<br>v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA<br><br>　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 07-808 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Military Affidavit**
**(Certificate in Compliance With Soldiers and Sailors**
**Civil Relief Act of 1940, As Amended in 19452 & 1960**
**Title 50, Appendix, Section 520, United States Code)**

　　I hereby certify under penalty of perjury, this 13th day of August, 2007, that I am the duly authorized agent of the plaintiffs in the above-listed case and make this certificate in plaintiffs' behalf.

　　I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendment of 1942 and 1960; that on behalf of the plaintiffs, I have caused careful investigation to be made as to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and are not officers of the Public Health Service detailed by proper authority for duty either with the Navy or Army, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into military services; and the defendant is not serving with the forces if any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is the Government of the District of Columbia.

Date:   August 13, 2007

                                        Respectfully submitted,
                                                   /s/
                                        Paul S. Dalton, Esq
                                        D.C. Bar No. 439118
                                        Dalton & Dalton, P.C.
                                        1008 Pendleton Street
                                        Alexandria, Virginia 22314
                                        (703) 739-4300 (ph)
                                        (703) 739-2323 (fax)
                                        *Attorney for Plaintiff*