UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carrie Wilkins,<br>as next friend of the minor child,<br>D.W., *et al.*<br><br>        Plaintiffs,<br>v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-808 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE IN RESPONSE TO COURT ORDER**

COMES NOW, the Plaintiff, by and through counsel, and files this Praecipe in response to the Court's Minute Order issued on August 13, 2007 ordering the Plaintiff to provide the Court with evidence of service upon the Defendant.

On April 20, 2007, the Plaintiff filed the Complaint with a Motion for Leave to Proceed *In Forma Pauperis*. On April 30, 2007, Judge James Robertson issued a Fiat Order granting the Motion for Leave to Proceed *In Forma Pauperis* ("IFP"). In the prior experiences of Plaintiff's counsel, once the Motion for IFP is approved, the clerk's office then issues the summons and will serve process on the defendant through the U.S. Marshal's office. Upon information and belief, this did not occur in this case.

On August 15, 2007, counsel for Plaintiff contacted the clerk's office. The clerk's office informed counsel that the summons for the Defendant had not been issued and that the clerk's office would contact the Judge's chambers to find out the status of the summons being issued. The Plaintiff did not find out until August 15, 2007 that the summons had not been issued and

the Defendant thus had not been served. Therefore, once the summons is issued and the Defendant is served, the Plaintiff will renew its application for default if appropriate after the applicable time lines have passed.

    The Plaintiff therefore requests that the Court issue the summons and that the clerk's office serve process on the Defendant.

Date:   August 16, 2007

                                            Respectfully submitted,
                                                    /s/
                                            Paul S. Dalton, Esq
                                            D.C. Bar No. 439118
                                            Dalton & Dalton, P.C.
                                            1008 Pendleton Street
                                            Alexandria, Virginia 22314
                                            (703) 739-4300 (ph)
                                            (703) 739-2323 (fax)
                                            ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing document was filed electronically on this 16th day of August, 2007.

                                /s/
                      Paul S. Dalton, Esq.
                      Counsel for Plaintiff