UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE WILKINS, ) | |
| As next friend of the minor child, ) | |
| D.W. ) | |
| and ) | |
| D.W., individually ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 07-0808 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Parties, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby move this Court for an enlargement of time-to November 1, 2007-for Defendant to respond to the Complaint herein.

On May 3, 2007, Plaintiff filed a claim for injunctive relief brought under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA"). In order to respond to this Complaint, the claims must be researched by individuals at DCPS responsible for this subject matter, and must be addressed in this Court by undersigned counsel. Given the length of the complaint (which totals 28 pages, 199 paragraphs, 11 counts and 8 claims for relief), and the documents required to be reviewed (and asserted facts verified), however, it is simply not possible for the necessary

work to be concluded, and properly responded to in the 20 day period normally allowed for response to complaints under the Federal Rules and the Rules of this Court.

Accordingly, a 23-day enlargement of time to respond to the complaint is respectfully requested. Plaintiff's counsel has agreed to a grant of this motion.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the
> District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> */s/ Edward P. Taptich*
> EDWARD P. TAPTICH [#012914]
> Chief, Equity Section II
>
> */s/ Amy Caspari*
> Amy Caspari [#488968]
> Assistant Attorney General
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-7794

September 28, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARRIE WILKINS,**<br>As next friend of the minor child,<br>D.W.<br>and<br>D.W., individually<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA**<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 07-808 (JDB)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Defendant's September 28, 2007, Consent Motion for Enlargement of Time to Respond to Complaint, it is on this _____ day of October, 2007, hereby

**ORDERED,** that Defendant's time to answer the Complaint is extended to November 1, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Court Judge