UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

CARRIE WILKINS,
as next friend of the minor child,
D.W., et al.,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA,

    Defendant.

Civil Action No.  07-0808 (JDB)

---

## ORDER

Defendant has now answered plaintiffs' complaint brought under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1487.  The Court has reviewed the complaint and the answer in this case.  Defendant raises grounds for dismissal but has not yet filed a dispositive motion.  Accordingly, it is hereby

**ORDERED** that the parties shall confer and submit by not later than November 16, 2007, a proposed schedule for the filing of the administrative record and dispositive motions to resolve this matter.  In the event the parties cannot agree, separate proposals shall be filed by that date.

**SO ORDERED**.

                                              /s/ John D. Bates
                                                JOHN D. BATES
                                          United States District Judge

Dated:  November 2, 2007