UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARRIE WILKINS,** <br> as parent and next friend of D.W., <br> a minor <br>       **Plaintiffs** <br><br> v. <br><br> **DISTRICT OF COLUMBIA** <br><br>       **Defendants** | : <br> : <br> : <br> : <br> : <br> : <br> :   Civil Action No. 07-0808(JDB) <br> : <br> : <br> : <br> : <br> : |

## JOINT RULE 16.3 REPORT

COME NOW the parties, Plaintiffs and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred via e-mail and telephonic conference, and consistent with the said conferences, the parties respectfully submit the following:

I.    **Statement of the case**

Plaintiffs are seeking a reversal of the January 22, 2007, Hearing Officer's Determination which determined D.W. had not been denied access to a free and appropriate education. Plaintiffs allege that the Defendant failed to provide speech and language services, did not provide enough academic instruction to meet the hours required by the student's IEP, refused to conduct necessary evaluations and refused to implement the compensatory education plan.

**Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1.    Based on the information available, the parties believe that this case can be decided by dispositive motion.

2. The parties do not anticipate the need for joining parties or amending the pleadings.  At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The Parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The Parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

   a. The Defendant will file the administrative record on December 14, 2007.

   b. The Plaintiff will file its Motion for Summary Judgment on or before January 4, 2007.

   c. The Defendant will file their Cross Motion for Summary Judgment  and its Opposition on or before January 11, 2008.

   d. The Plaintiff will file its Opposition and Reply on or before January 25 , 2008.

   e. Defendants will file their Reply on or before January 31, 2008.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties are not aware of any other matters that require inclusion in a scheduling order.

15. The parties believe that the following items are not applicable to this case: electronically stored information, preservation of discoverable information, and assertions of privilege or of protection as trial-preparation materials.

Dated this 16th day of November 2007.

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Amy Caspari | Paul Dalton[439118] |
| Assistant Attorney General | Dalton & Dalton, P.C. |
| for the District of Columbia | 1008 Pendleton Street |
| Civil Case Division Equity II | Alexandria, Virginia 22314 |
| 441 4th St., N.W., 6th Fl. S. | 703.739.4300 |
| Washington, D.C. 20001 | Attorney for Plaintiff |
| 202.724.7794 | |
| Attorney for Defendant | |