UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARRIE WILKINS,** as next friend of minor child D.W., et al.,<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>　　　　　**Defendant.** | Civil Action No. 07-0808 (JDB) |

## ORDER

Upon consideration of [14] plaintiffs' motion for summary judgment, [15] defendant's cross-motion for summary judgment, the parties' memoranda, the applicable law, the entire record, and for the reasons identified in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [14] plaintiffs' motion for summary judgment is **DENIED**, and it is further

**ORDERED** that [15] defendant's cross-motion for summary judgment is **GRANTED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date: August 18, 2008